**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 **v.**             Case No. 13-CR-086

**MIGUEL TESILLOS**
   **Defendant.**

## **ORDER**

**IT IS ORDERED** that an amended judgment issue, pursuant to Fed. R. Crim. P. 36, correcting the defendant's USM number: 12211-089.

Dated at Milwaukee, Wisconsin, this 11th day of September, 2013.

          /s Lynn Adelman
          _____
          LYNN ADELMAN
          District Judge